UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
AT HARRISONBURG

IN RE:

| | |
|---|---|
| HENRY PAIGE MANUEL )<br>LANDER BARBOUR MANUEL )<br>)<br>　　　　　　　　　Debtors )<br>) Case No. 11-51756RBC<br>) Chapter 7<br>_____)<br>)<br>HENRY PAIGE MANUEL )<br>LANDER BARBOUR MANUEL )<br>　　　Plaintiffs )<br>v.　　　　　　　　　　　　　　　　　　　)<br>)<br>UNITED BANK )<br>　　　Defendant )<br>_____) | |

NOTICE OF HEARING

To:    All creditors and parties in interest

**TAKE NOTICE** that HENRY PAIGE MANUEL and LANDER BARBOUR MANUEL have filed with this Court a Motion to Avoid Judicial Lien pursuant to 11 USC Section 522(f).

**TAKE FURTHER NOTICE** that said Motion will come on for hearing before the Honorable Rebecca B. Connelly, Bankruptcy Judge, on October 25, 2023 at 10:00 a.m. and held by video using the following access information:

　　URL: https://vawb-uscourts-gov.zoomgov.com/j/1603692643

　　Meeting ID:  160 369 2643

Creditors and parties in interest shall SHOW CAUSE, if any, why the relief requested in said Complaint should not be granted.

Written objections to said application should be filed with the Court and served upon George W. R. Glass, 20 South Kent Street, Winchester, Virginia 22601, Counsel for Henry Paige Manuel and Lander Barbour Manuel, not later than five (5) days prior to said hearing.

Copies of this Notice are being mailed or filed electronically to all creditors and parties in interest and to all counsel of record in the aforesaid proceeding.

                        Henry Paige Manuel
                        Lander Barbour Manuel

                        By COUNSEL

**SCULLY & GLASS**

By: _/s/ George W. R. Glass_
George W. R. Glass, Esquire
**Post Office Box 3038**
**Winchester, Virginia 22604**

### CERTIFICATE

I hereby certify that copies of the foregoing *Notice of Hearing* was filed electronically, to the Clerk of the U.S. Bankruptcy Court for the Western District of Virginia, Post Office Box 1407, Harrisonburg, Virginia 22801; and mailed by Certified Mail, Return Receipt Requested to United Bank, Attention: Richard Adams, Jr., CEO, 1700 K Street NW, Suite 750, Washington, D.C 20006, and to all creditors and parties in interest this 20th day of September, 2023.

                                                _/s/ George W. R. Glass_
                                                GEORGE W. R. GLASS